**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tabytha Kylie Pando** | Social Security number or ITIN | **xxx–xx–4657** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Utah** | | |
| Case number: | **24–23602 KRA** Chapter 7 | Petition date: 7/22/24 | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tabytha Kylie Pando

12/11/24

**By the court:** Kevin R. Anderson
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Utah

In re: Case No. 24-23602-KRA
Tabytha Kylie Pando Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 3
Date Rcvd: Dec 11, 2024 Form ID: 318 Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tabytha Kylie Pando, 207 W 1300 N, Clearfield, UT 84015-2938 |
| 12473373 | + | Cherrington Firm, 746 E 1910 S Ste 3, Provo, UT 84606-6225 |
| 12473380 | + | Davis County Justice Court, 800 W State Street, Farmington, UT 84025-4427 |
| 12473387 | + | Girl Scouts of America, 445 E 4500 S, Salt Lake City, UT 84107-3129 |
| 12473392 | + | K&J Auto, 310 S. Main Street, Bountiful, UT 84010-6238 |
| 12473394 | + | Kid Care Company of North Salt Lake, 754 N. Redwood Road, North Salt Lake, UT 84054-2743 |
| 12473395 | + | Liquid Loans, 1596 N Hill Firled Road Unit H, Layton, UT 84041-5870 |
| 12473396 | + | Menlove Auto, 401 N 400 W, North Salt Lake, UT 84054-2776 |
| 12473399 | + | North Salt Lake Justice Court, 333 S 200 E, Salt Lake City, UT 84111-2801 |
| 12473400 | + | Ogden City Justice Court, 310 26th Street, Ogden, UT 84401-3144 |
| 12473401 | + | Play2Learn Academy, 1525 N main Street Ste 114, Bountiful, UT 84010-6167 |
| 12473406 | | RC Willey, Attn: Payments, PO Box 653210, Salt Lake City, UT 84165 |
| 12473412 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, 720 E. Pete Rose Way #400, Cincinnati, OH 45202 |
| 12473411 | + | Taylorsville Justice Court, 2600 Taylorsville Blvd, Salt Lake City, UT 84129-2208 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12473365 | ^ | MEBN | Dec 11 2024 23:12:16 | APG Financial/Makosian Taylosville, Attn: Bankruptcy, 4238 S. Redwood Rd, Salt Lake City, UT 84123-2220 |
| 12473366 | + | EDI: ATTWIREBK.COM | Dec 12 2024 04:09:00 | AT&T, c/o Bankruptcy, 4331 Communications Dr Flr 4W, Dallas, TX 75211-1300 |
| 12473363 | ^ | MEBN | Dec 11 2024 23:10:59 | Afterpay, PO Box 328, San Francisco, CA 94104-0328 |
| 12473364 | + | Email/Text: e-bankruptcy@americafirst.com | Dec 11 2024 23:16:00 | America First Credit Union, PO Box 9199, Ogden, UT 84409-0199 |
| 12473367 | ^ | MEBN | Dec 11 2024 23:11:12 | Attorney General for United States, 950 Pennsylvania Avenue, NW, Room 4400, Washington, DC 20530-0009 |
| 12473368 | + | EDI: BANKAMER2 | Dec 12 2024 04:09:00 | Bank of America, PO Box 25118, Tampa, FL 33622-5118 |
| 12551476 | + | Email/Text: bankruptcy@bmo.com | Dec 11 2024 23:16:00 | Bank of the West, 180 Montgomery St, San Francisco, CA 94104-4297 |
| 12473369 | + | EDI: CAPITALONE.COM | Dec 12 2024 04:09:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 12473370 | + | Email/Text: bmg.bankruptcy@centurylink.com | Dec 11 2024 23:16:00 | CenturyLink, PO Box 29040, Phoenix, AZ 85038-9040 |

| | | | | |
|---|---|---|---|---|
| 12473374 | ^ | MEBN | Dec 11 2024 23:11:30 | Chime, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 12473375 | + | EDI: COMCASTCBLCENT | Dec 12 2024 04:09:00 | Comcast, PO Box 60533, City of Industry, CA 91716-0533 |
| 12473376 | + | EDI: COMCASTCBLCENT | Dec 12 2024 04:09:00 | Comcast Cable, 8400 W. Tidwell Road, Houston, TX 77040-5568 |
| 12473377 | + | EDI: CCS.COM | Dec 12 2024 04:09:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 12473379 | | Email/Text: davecares@dave.com | Dec 11 2024 23:16:24 | Dave, 750 N San Vincente Blvd Ste 900W, West Hollywood, CA 90069 |
| 12473381 | ^ | MEBN | Dec 11 2024 23:10:50 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 12473382 | ^ | MEBN | Dec 11 2024 23:10:52 | Dominion Energy, PO Box 45360, Salt Lake City, UT 84145-0360 |
| 12473383 | | Email/Text: cxs-doc-access@earnin.com | Dec 11 2024 23:15:00 | Earnin', 200 Portage Ave, Palo Alto, CA 94306 |
| 12473384 | + | Email/Text: bankruptcy@expressrecovery.com | Dec 11 2024 23:16:00 | Express Recovery Service, PO Box 26415, Salt Lake City, UT 84126-0415 |
| 12473385 | + | Email/Text: bankruptcy@expressrecovery.com | Dec 11 2024 23:16:00 | Express Recovery Services, Inc., Attn: Bankruptcy, 2790 Decker Lake Dr, West Valley City, UT 84119-2057 |
| 12473386 | ^ | MEBN | Dec 11 2024 23:12:19 | First Source Advantage, PO Box 1045, Buffalo, NY 14240-1045 |
| 12473388 | | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Dec 11 2024 23:15:00 | Intermountain Healthcare, Patient Financial Services, PO Box 410400, Salt Lake City, UT 84141 |
| 12473389 | + | EDI: IRS.COM | Dec 12 2024 04:09:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12473390 | | EDI: JEFFERSONCAP.COM | Dec 12 2024 04:09:00 | Jefferson Capital, 16 McLelland Road, Saint Cloud, MN 56303 |
| 12473391 | | EDI: JEFFERSONCAP.COM | Dec 12 2024 04:09:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 12473372 | | EDI: JPMORGANCHASE | Dec 12 2024 04:09:00 | Chase Bank, 10620 S State Street, Sandy, UT 84070 |
| 12473393 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 11 2024 23:16:00 | Key Bank, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 12473397 | + | Email/Text: m4u@mny4you.com | Dec 11 2024 23:16:00 | Money 4 You, 1858 W 5150 S Suite 203, Roy, UT 84067-3063 |
| 12473398 | + | Email/Text: bankruptcy@moneylion.com | Dec 11 2024 23:16:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 12473407 | | Email/Text: anne.kohls@pacificorp.com | Dec 11 2024 23:16:00 | Rocky Mountain Power, PO Box 26000, Portland, OR 97256 |
| 12473403 | ^ | MEBN | Dec 11 2024 23:10:39 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 12473404 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Dec 11 2024 23:15:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 12473408 | + | Email/Text: cs@securitycreditservicesllc.com | Dec 11 2024 23:15:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 12473409 | + | EDI: AISTMBL.COM | Dec 12 2024 04:09:00 | Sprint, 6391 Sprint Pkwy, Overland Park, KS 66251-6100 |
| 12473410 | | EDI: AISTMBL.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Dec 12 2024 04:09:00 | T-Mobile, Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 12473413 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 11 2024 23:16:00 | Transworld Systems Inc, P.o. Box 15283, Wilmington, DE 19850-5283 |
| 12473414 | | EDI: USBANKARS.COM | Dec 12 2024 04:09:00 | US Bank, PO BOx 5227, Cincinnati, OH 45202 |
| 12473415 | + | EDI: UTAHTAXCOMM.COM | Dec 12 2024 04:09:00 | Utah State Tax Commission, Attn: Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 12473416 | + | EDI: VERIZONCOMB.COM | Dec 12 2024 04:09:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 12473417 | ^ | MEBN | Dec 11 2024 23:09:39 | Waypoint Resource Group, Attn: Bankruptcy, Po Box 8588, Round Rock, TX 78683-8588 |
| 12473418 | + | EDI: WFFC | Dec 12 2024 04:09:00 | Wells Fargo, 420 Montgomery Street, San Francisco, CA 94163-0001 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12473378 | | CT Corporation, 3675 Crestwood Pkwy Suite 350, RETURNED MAIL--99999 |
| 12473371 | | Chadwick Call, 731 W 2350 N, RETURNED MAIL--99999 |
| 12473402 | | Portfolio Recovery Associates, PO Box 1294, RETURNED MAIL--99999 |
| 12473405 | | Quantum Fiber, NEED ADDRESS |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Miller tr | davidlmillerpc@msn.com dlm50@trustesolutions.net |
| KC Garner | on behalf of Debtor Tabytha Kylie Pando kc@beehivelaw.com ecfbeehivelegal@gmail.com,sally@beehivelaw.com,bryan@beehivelaw.com,katy@beehivelaw.com;garnerkr72417@notify.bestcase.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3