**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-23602 |
| | § | |
| TABYTHA KYLIE PANDO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $0.00 | Assets Exempt: | $200.00 |
| Total Distributions to Claimants: | $4,201.52 | Claims Discharged Without Payment: | $56,828.77 |
| Total Expenses of Administration: | $1,355.67 | | |

3) Total gross receipts of $10,162.82 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,605.63 (see **Exhibit 2),** yielded net receipts of $5,557.19 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,355.67 | $1,355.67 | $1,355.67 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $800.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $56,028.77 | $3,997.76 | $3,997.76 | $4,201.52 |
| **Total Disbursements** | $56,828.77 | $5,353.43 | $5,353.43 | $5,557.19 |

4). This case was originally filed under chapter 7 on 07/22/2024. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/06/2025 By: /s/ David L. Miller
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Potential un-liquidated tax refunds (2021 State tax refund--partially offset) | 1124-000 | $26.09 |
| Other financial account Cash App | 1129-000 | $22.73 |
| 2024 Federal Tax refunds | 1224-000 | $10,114.00 |
| **TOTAL GROSS RECEIPTS** | | $10,162.82 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| TABYTHA KYLIE PANDO | Surplus Funds | 8200-002 | $794.99 |
| Debtor's portion of tax refund | Funds to Third Parties | 8500-002 | $3,810.64 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,605.63 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $1,305.72 | $1,305.72 | $1,305.72 |
| Claim Amount, Trustee | 2200-000 | NA | $13.38 | $13.38 | $13.38 |
| Pinnacle Bank | 2600-000 | NA | $36.57 | $36.57 | $36.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,355.67 | $1,355.67 | $1,355.67 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Davis County | 5800-000 | $500.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Justice Court | | | | | |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | North Salt Lake Justice Court | 5800-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | Ogden City Justice Court | 5800-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | Taylorsville Justice Court | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Utah State Tax Commission | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $800.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | America First Credit Union | 7100-000 | $0.00 | $2,399.72 | $2,399.72 | $2,399.72 |
| 2 | MONEY 4 YOU | 7100-000 | $0.00 | $1,205.83 | $1,205.83 | $1,205.83 |
| 3 | LVNV Funding LLC Resurgent Capital Services | 7100-000 | $0.00 | $392.21 | $392.21 | $392.21 |
| | America First Credit Union | 7990-000 | $0.00 | $0.00 | $0.00 | $122.31 |
| | LVNV Funding LLC Resurgent Capital Services | 7990-000 | $0.00 | $0.00 | $0.00 | $19.99 |
| | MONEY 4 YOU | 7990-000 | $0.00 | $0.00 | $0.00 | $61.46 |
| | Afterpay | 7100-000 | $171.53 | $0.00 | $0.00 | $0.00 |
| | APG Financial/Makosian Taylosville | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of the West | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of the West | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CenturyLink | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CenturyLink | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chadwick Call | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cherrington Firm | 7100-000 | $2,795.00 | $0.00 | $0.00 | $0.00 |
| | Cherrington Firm | 7100-000 | $2,795.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Chime | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Credit Collection Services | 7100-000 | $523.00 | $0.00 | $0.00 | $0.00 |
| | Credit Collection Services | 7100-000 | $523.00 | $0.00 | $0.00 | $0.00 |
| | Dave | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Diversified Adjustment Services, 5 Inc | 7100-000 | $1,897.00 | $0.00 | $0.00 | $0.00 |
| | Diversified Adjustment Services, 6 Inc | 7100-000 | $1,897.00 | $0.00 | $0.00 | $0.00 |
| | Dominion Energy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Dominion Energy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Earnin' | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Express Recovery Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Express Recovery Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Express Recovery Services, Inc. | 7100-000 | $404.00 | $0.00 | $0.00 | $0.00 |
| | Express Recovery Services, Inc. | 7100-000 | $404.00 | $0.00 | $0.00 | $0.00 |
| | Girl Scouts of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Intermountain Healthcare | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Intermountain Healthcare | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jefferson Capital Systems, LLC | 7100-000 | $3,428.00 | $0.00 | $0.00 | $0.00 |
| | K&J Auto | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | K&J Auto | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Key Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Key Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kid Care Company of North Salt 6 Lake | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kid Care Company of North Salt 7 Lake | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Liquid Loans | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Liquid Loans | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Menlove Auto | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Menlove Auto | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | MoneyLion, Inc | 7100-000 | $69.00 | $0.00 | $0.00 | $0.00 |
| | MoneyLion, Inc | 7100-000 | $69.00 | $0.00 | $0.00 | $0.00 |
| | Play2Learn Academy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Play2Learn Academy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Portfolio Recovery Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Prestige Financial Svc | 7100-000 | $17,396.00 | $0.00 | $0.00 | $0.00 |
| | Prestige Financial Svc | 7100-000 | $17,396.00 | $0.00 | $0.00 | $0.00 |
| | Progressive | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Progressive | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Quantum Fiber | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | RC Willey | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | RC Willey | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rocky Mountain Power | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rocky Mountain Power | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Security Credit Services | 7100-000 | $1,478.00 | $0.00 | $0.00 | $0.00 |
| | Sprint | 7100-000 | $1,907.62 | $0.00 | $0.00 | $0.00 |
| | Sprint | 7100-000 | $1,907.62 | $0.00 | $0.00 | $0.00 |
| | T-Mobile | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | T-Mobile | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Transworld Systems Inc | 7100-000 | $106.00 | $0.00 | $0.00 | $0.00 |
| | US Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | US Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Waypoint Resource Group | 7100-000 | $431.00 | $0.00 | $0.00 | $0.00 |
| | Waypoint Resource Group | 7100-000 | $431.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $56,028.77 | $3,997.76 | $3,997.76 | $4,201.52 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

 Exhibit 8

**Case No.:** 24-23602-KRA
**Case Name:** PANDO, TABYTHA KYLIE
**For the Period Ending:** 10/6/2025

**Trustee Name:** DAVID L MILLER
**Date Filed (f) or Converted (c):** 07/22/2024 (f)
**§341(a) Meeting Date:** 08/21/2024
**Claims Bar Date:** 06/30/2025

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | | |
| 1 | Potential un-liquidated tax refunds (2021 State tax refund--partially offset) | | $0.00 | $26.09 | | $26.09 | FA |
| 2 | 2024 Federal Tax refunds | **(u)** | $0.00 | $10,114.00 | | $10,114.00 | FA |
| 3 | Clothing | | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Two dogs and one cat | | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Cash on Hand | | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Checking 5983 Bank of America | | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Other financial account Venmo | | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Other financial account Cash App | | $0.00 | $22.73 | | $22.73 | FA |
| 9 | Child Support Child Support | | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Apple Cash | **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | | | **$200.00** | **$10,162.82** | | **$10,162.82** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

05/28/2025 2024 Federal & State tax return copies by 2/28/2025
2024 tax refund monies
Provide account history with balance information for period from 6-1-24 THROUGH 8-1-24 for all bank & financial accounts you've not already provided such history during that time period to the Trustee. (Including AppleCash and CashApp).
other funds if requested
1/22/25 - Email sent to Atty reminding of 2024 tax returns
$10,114 - Federal tax refund deposited
2004 Exam scheduled - still need copies of 2024 tax returns
PIF, $ to D, TFR.

**Initial Projected Date Of Final Report (TFR):** 06/30/2025 **Current Projected Date Of Final Report (TFR):** 10/31/2025

/s/ DAVID L MILLER
DAVID L MILLER

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-23602-KRA | **Trustee Name:** | David L. Miller |
| **Case Name:** | PANDO, TABYTHA KYLIE | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***4261 | **Checking Acct #:** | ******0456 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 7/22/2024 | **Blanket bond (per case limit):** | $63,233,902.00 |
| **For Period Ending:** | 10/6/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/15/2025 | (2) | Pando - US Treasury | 2024 Federal tax refund | | 1224-000 | $10,114.00 | | $10,114.00 |
| 04/30/2025 | | Pinnacle Bank | Service Charge | | 2600-000 | | $12.64 | $10,101.36 |
| 05/30/2025 | | Pinnacle Bank | Service Charge | | 2600-000 | | $12.62 | $10,088.74 |
| 06/12/2025 | 5001 | Tabytha Kylie Pando | Debtor's portion of tax refunds, less other funds due estate | | * | | $3,761.82 | $6,326.92 |
| | | | Debtor's portion of tax refund | $(3,810.64) | 8500-002 | | | $6,326.92 |
| | {1} | | 2021 State tax refund | $26.09 | 1124-000 | | | $6,326.92 |
| | {8} | | bank balance | $22.73 | 1129-000 | | | $6,326.92 |
| 06/30/2025 | | Pinnacle Bank | Service Charge | | 2600-000 | | $11.31 | $6,315.61 |
| 08/28/2025 | 5002 | David L. Miller | Trustee Compensation Trustee Expenses - ORDER #39 SIGNED 8/25/2025 | | * | | $1,319.10 | $4,996.51 |
| | | | Claim Amount | $(1,305.72) | 2100-000 | | | $4,996.51 |
| | | | Claim Amount | $(13.38) | 2200-000 | | | $4,996.51 |
| 08/28/2025 | 5003 | TABYTHA KYLIE PANDO | Final Account Number: ; Amount Allowed: 794.99; Distribution Dividend: 100.00; Amount Claimed: 794.99; Claim #: ; Notes: Debtor Surplus; Dividend: 12.58; | | 8200-002 | | $794.99 | $4,201.52 |
| 08/28/2025 | 5004 | America First Credit Union | Final Account Number: ; Amount Allowed: 2,399.72; Distribution Dividend: 100.00; Amount Claimed: 2,399.72; Claim #: 1; Notes: ; Dividend: 39.93; | | * | | $2,522.03 | $1,679.49 |
| | | | Claim Amount | $(2,399.72) | 7100-000 | | | $1,679.49 |
| | | | Interest | $(122.31) | 7990-000 | | | $1,679.49 |
| 08/28/2025 | 5005 | MONEY 4 YOU | Final Account Number: ; Amount Allowed: 1,205.83; Distribution Dividend: 100.00; Amount Claimed: 1,205.83; Claim #: 2; Notes: ; Dividend: 20.06; | | * | | $1,267.29 | $412.20 |
| | | | Claim Amount | $(1,205.83) | 7100-000 | | | $412.20 |
| | | | Interest | $(61.46) | 7990-000 | | | $412.20 |
| 08/28/2025 | 5006 | LVNV Funding LLC Resurgent Capital Services | Final Account Number: ; Amount Allowed: 392.21; Distribution Dividend: 100.00; Amount Claimed: 392.21; Claim #: 3; Notes: ; Dividend: 6.52; | | * | | $412.20 | $0.00 |
| | | | Claim Amount | $(392.21) | 7100-000 | | | $0.00 |
| | | | Interest | $(19.99) | 7990-000 | | | $0.00 |
| | | | | | **SUBTOTALS** | $10,114.00 | $10,114.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-23602-KRA | **Trustee Name:** | David L. Miller |
| **Case Name:** | PANDO, TABYTHA KYLIE | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***4261 | **Checking Acct #:** | ******0456 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 7/22/2024 | **Blanket bond (per case limit):** | $63,233,902.00 |
| **For Period Ending:** | 10/6/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $10,114.00 | $10,114.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,114.00 | $10,114.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $794.99 | |
| | | | **Net** | | $10,114.00 | $9,319.01 | |

**For the period of 7/22/2024 to 10/6/2025**

| | |
|---|---|
| Total Compensable Receipts: | $10,162.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,162.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,557.19 |
| Total Non-Compensable Disbursements: | $4,605.63 |
| Total Comp/Non Comp Disbursements: | $10,162.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/11/2025 to 10/6/2025**

| | |
|---|---|
| Total Compensable Receipts: | $10,162.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,162.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,557.19 |
| Total Non-Compensable Disbursements: | $4,605.63 |
| Total Comp/Non Comp Disbursements: | $10,162.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 24-23602-KRA
**Case Name:** PANDO, TABYTHA KYLIE
**Primary Taxpayer ID #:** **-***4261
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 7/22/2024
**For Period Ending:** 10/6/2025

**Trustee Name:** David L. Miller
**Bank Name:** Pinnacle Bank
**Checking Acct #:** ******0456
**Account Title:**
**Blanket bond (per case limit):** $63,233,902.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $10,114.00 | $10,114.00 | $0.00 |

**For the period of 7/22/2024 to 10/6/2025**

| | |
|---|---|
| Total Compensable Receipts: | $10,162.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,162.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,557.19 |
| Total Non-Compensable Disbursements: | $4,605.63 |
| Total Comp/Non Comp Disbursements: | $10,162.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/22/2024 to 10/6/2025**

| | |
|---|---|
| Total Compensable Receipts: | $10,162.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,162.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,557.19 |
| Total Non-Compensable Disbursements: | $4,605.63 |
| Total Comp/Non Comp Disbursements: | $10,162.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID L. MILLER

DAVID L. MILLER